**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Byron CHRISENBERRY,**
**Defendant–Appellant.**

**No. 07–10946**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Aug. 22, 2008.

Camille Elizabeth Sparks, U.S. Attorney's Office Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

Gary D. Smart, Robinson & Smart, Arlington, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, BARKSDALE and ELROD, Circuit Judges.

PER CURIAM: *

Byron Chrisenberry appeals his 240–month sentence following his guilty plea for conspiracy to distribute and possess with the intent to distribute more than 500 grams of methamphetamine. Chrisenberry avers that his sentence is unreasonable

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

because the district court failed to consider as required by 18 U.S.C. § 3553(a)(6) whether the sentence imposed resulted in an unwarranted sentencing disparity between himself and his codefendants. Because the district court correctly calculated and reviewed Chrisenberry's guidelines range, the court "necessarily gave significant weight and consideration to the need to avoid unwarranted disparities." See *Gall v. United States,* — U.S. ——, 128 S.Ct. 586, 599, 169 L.Ed.2d 445 (2007). The fact that Chrisenberry's sentence was within the pertinent guidelines range reduces this court's concern with sentencing disparities to a "minimum." *See United States v. Willingham,* 497 F.3d 541, 545 (5th Cir.2007). Moreover, the district court was aware of the sentences of the codefendants, who had cooperated with the Government and received downward departures.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.